IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-24672

SAIGER LLC d/b/a
LAIF.WORKS,

        Plaintiff,

  v.

GABRIEL GONZÁLEZ ANDERSSON, and
GLEZCO, LLC, a Florida limited liability
company,

        Defendant.

                             /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Saiger LLC, and Defendants Gabriel González Andersson and Glezco, LLC,

pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate to the

dismissal of this action with prejudice. Each party to this action will bear its/his own attorneys'

fees, expenses, and costs.

| | |
|---|---|
| DATED: November 20, 2020 | Respectfully submitted, |
| */s/ Etan Mark* | */s/ Jonathan B. Morton* |
| Etan Mark | Jonathan B. Morton |
| Florida Bar No. 720852 | Florida Bar No. 956872 |
| etan@markmigdal.com | Jonathan.morton@klgates.com |
| **MARK MIGDAL & HAYDEN** | Javier A. Roldán Cora |
| 80 S.W. 8th Street, Suite 1999 | Florida Bar No. 1010311 |
| Miami, Florida 33130 | Javier.roldancora@klgates.com |
| Telephone: (305) 374-0440 | **K&L Gates LLP** |
| *Counsel for Plaintiff* | Southeast Financial Center |
| | 200 South Biscayne Boulevard, Suite 3900 |
| | Miami, FL 33131 |
| | Telephone: (305) 539-3300 |
| | *Counsel for Defendants* |

308283919.1